DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEXANDER ATTEBERRY,**
Appellant,

v.

**PROGRESSIVE EXPRESS INSURANCE COMPANY,**
Appellee.

No. 4D22-1607

[March 23, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE20-015863.

Luke T. Moreau of Law Offices of Luke T. Moreau, Esq., Hollywood, for appellant.

Alyssa M. Reiter and Ethan A. Arthur of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***